**HONORABLE RONALD B. LEIGHTON**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ILDEBRANDO ROSSICH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware corporation<br><br>　　　　　Defendant. | Case No. 3:18-cv-05829-RBL<br><br>**PLAINTIFF'S COUNTER-DESIGNATION OF DEPOSITION TESTIMONY** |

TO:　　DEFENDANT ABOVE-NAMED AND ITS COUNSEL:

Plaintiff may offer the following excerpts from the October 18, 2019 deposition of Christopher Lyons at trial:

| Deponent | Page/Lines |
|---|---|
| Christopher Lyons | 6:18-19; 6:23-25 |
| | 7:1; 7:3-25 |
| | 8:1; 8:3-15 |
| | 10:21-25 |
| | 11:5-24 |
| | 12:17-25 |
| | 13:7-25 |
| | 14:1-2; 14:4-13; 14:15-25 |
| | 15:1-25 |
| | 16:1-7; 16:9-12; 16:15-19; 16:22-25 |
| | 17:1-3; 17:5-14; 17:17-25 |

Plaintiff's Counter-Designation
Of Deposition Testimony - Page 1
Case No.: 3:18-cv-05829-RBL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

| Deponent | Page/Lines |
|---|---|
| | 18:1-3; 18:8-17; 18:19-25 |
| | 19:1; 19:3-8; 19:10-25 |
| | 20:1-25 |
| | 21:1-11; 21:13-24 |
| | 22:2-25 |
| | 23:1-12; 23:14-25 |
| | 24:1-25 |
| | 25:1-25 |
| | 26:2-8; 26:11-18 |
| | 27:25 |
| | 28:1-5; 28:7-12; 28:15-22; 28:24-25 |
| | 29:1-25 |
| | 30:1-2; 30:4-8; 30:10-16; 30:18-25 |
| | 31:1; 31:3-18; 31:20-25 |
| | 32:2-9; 32:11-25 |
| | 33:3-14; 33:17-22; 33:24-25 |
| | 34:1-25 |
| | 35:1-16; 35:18-25 |
| | 36:1-5; 36:7-25 |
| | 37:1-20; 37:22-25 |
| | 38:1-10; 38:12-25 |
| | 39:1-25 |
| | 40:1-9; 40:13-20; 40:22-25 |
| | 41:1-2; 41:4-9; 41:11-25 |
| | 42:1-2; 42:4-11; 42:23-25 |
| | 43:1-2; 43:4-25 |
| | 44:1-13; 44:15-25 |
| | 45:1-6; 45:9-17; 45:19-25 |
| | 46:1-25 |
| | 47:1-18; 47:20-25 |
| | 48:1-4; 48:7-25 |
| | 49:1-5; 49:7-17; 49:19-25 |
| | 50:1-5; 50:8-25 |
| | 51:2-9; 51:11-21; 51:24-25 |
| | 52:1-25 |
| | 53:1; 53:3-23; 53:25 |
| | 54:1-14; 54:16-25 |
| | 55:1-8; 55:15-25 |
| | 56:1-7; 56:9-25 |
| | 57:1-7; 57:12-25 |
| | 58:2; 58:4-19; 58:22-25 |
| | 59:1-4; 59:6-13; 59:15-25 |
| | 60:1-4 |

Plaintiff's Counter-Designation
Of Deposition Testimony - Page 2
Case No.: 3:18-cv-05829-RBL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

| Deponent | Page/Lines |
|---|---|
| | 62:4-17; 62:19-25 |
| | 63:1-7; 63:9-12; 63:15-25 |
| | 64:1-18; 64:20-22 |
| | 66:1-5; 66:7-17; 66:20-25 |
| | 67:1-25 |
| | 68:1-3; 68:8-19; 68:21-25 |
| | 69:2-9; 69:11-18; 69:21-25 |
| | 70:1-17; 70:19-25 |
| | 71:1-10; 71:13-21; 71:23-25 |
| | 72:1-2; 72:5-14; 72:16-25 |
| | 73:2-13; 73:17-25 |
| | 74:1-14; 74:16-19; 74:22-25 |
| | 75:1-2; 75:4-7; 75:9-13 |
| | 76:16-25 |
| | 79:14-16; 79:18-25 |
| | 80:2 |
| | 81:25 |
| | 82:1-7; 82:9-16; 82:19-25 |
| | 83:1-16; 83:18-23 |
| | 84:1-7; 84:10-25 |
| | 85:1-6; 85:8-15; 85:17-25 |
| | 86:1-10; 86:12-21; 86:23-25 |
| | 87:1-2; 87:5-9; 87:11-15; 87:24-25 |
| | 88:1-3; 88:5-13; 88:15-24 |
| | 89:2-9; 89:12-25 |
| | 90:1-25 |
| | 91:1-8; 91:10-16; 91:18-19; 91:22-25 |
| | 92:1-25 |
| | 93:1-13; 93:15-20; 93:22-25 |
| | 94:1-10; 94:12-16; 94:18-25 |
| | 95:4-9; 95:12-13 |
| | 117:9-25 |
| | 118:2-8; 118:10-25 |
| | 119:1-12; 119:15-25 |
| | 120:1-4; 120:9-25 |
| | 121:1; 121:3-15; 121:17-25 |
| | 122:1-13; 122:15-25 |
| | 123:1-5; 123:7-12; 123:14-17; 123:19-25 |
| | 124:1-7; 124:9-25 |
| | 125:1-9; 125:11-17; 125:19-24 |
| | 126:1; 126:3-9; 126:11-18; 126:21-23; 126:25 |
| | 127:2-11; 127:13-19; 127:21-25 |
| | 128:1-5; 128:8-9 |

Plaintiff's Counter-Designation
Of Deposition Testimony - Page 3
Case No.: 3:18-cv-05829-RBL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

1

2  Dated: January 15, 2020

**ROSSI VUCINOVICH PC**

3

4  By: s/James K. Vucinovich
James K. Vucinovich, WSBA No. 29199
C. N. Coby Cohen, WSBA No. 30034
jvucinovich@rvflegal.com
ccohen@rvflegal.com
**ATTORNEYS FOR PLAINTIFF**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Plaintiff's Counter-Designation
Of Deposition Testimony - Page 4
25  Case No.: 3:18-cv-05829-RBL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing **PLAINTIFF'S COUNTER-DESIGNATION OF DEPOSITION TESTIMONY** with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Michael Chait
Hayley Ventoza
Kelsey Endres
mike@montgomeryscarp.com
hayley@montgomeryscarp.com
kelsey@montgomeryscarp.com
Montgomery Scarp & Chait PLLC
1218 Third Avenue, Suite 2500
Seattle, WA 98101
ATTORNEYS FOR DEFENDANT

and I hereby certify that I have mailed by U.S. Mail the documents to the following non CM/ECF participants: NONE

Dated: January 16, 2020    **ROSSI VUCINOVICH** PC

By: s/ *Cris Woodward*
Cris Woodward

Plaintiff's Counter-Designation
Of Deposition Testimony - Page 5
Case No.: 3:18-cv-05829-RBL

**ROSSI VUCINOVICH** P.C.
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004